# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

UNITED PROMOTIONS, INC. and FERNANDO FIGUEREDO, Plaintiffs
vs.
LINDSAY CORP., ANDRES GACHARNA, and CATHERINE E. LINDSAY, Defendants

Case Number: 2011-CV-6892

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANDRES GACHARNA
CATHERINE E. LINDSAY

| | |
|---|---|
| NAME (Type or print) Andrew R. Schwartz, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Andrew R. Schwartz | |
| FIRM Schwartz & Kanyock, LLC | |
| STREET ADDRESS 111 N. Canal St. Suite 394 | |
| CITY/STATE/ZIP Chicago, IL 60606-7203 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198719 | TELEPHONE NUMBER (312) 441-1040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |