## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED PROMOTIONS, INC. and FERNANDO FIGUEREDO,<br>                *Plaintiffs*,<br><br>        v.<br><br>LINDSAY CORP., ANDRES GACHARNA, and CATHERINE E. LINDSAY,<br>                *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No. 2011-CV-6892<br>)<br>) Judge Der-Yeghiayan<br>)<br>) |

### NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST.

    **YOU ARE HEREBY NOTIFIED** that on **October 25, 2011** at **9:00** a.m. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Samuel Der-Yeghiayan**, or any judge sitting in his stead, in **Courtroom No. 1903** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached **Motion to Dismiss or in the Alternative to Quash under Fed.R.Civ.P. 12(b)(2) and 12(b)(5)**.

### CERTIFICATE OF SERVICE

    I hereby certify that on **October 17, 2011**, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties to whom it is directed.

                                                     By:    <u>/s/ Andrew R. Schwartz</u>

*Andrew R. Schwartz* ARDC #6198719
andy@schwartz-lawyer.com
*Thomas Kanyock* ARDC #6211477
tjk@schwartz-lawyer.com
SCHWARTZ & KANYOCK, LLC
Counsel for Certain Defendants
111 North Canal Street, Ste. 394
Chicago, Illinois 60606
(312) 441-1040

## SERVICE LIST

**Timothy Q. Delaney**
Brinks Hofer Gilson & Lione
NBC Tower-Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
tdelaney@brinkshofer.com

**Jeffrey J. Toney**
Kasowitz Benson Torres
 & Friedman LLP
1360 Peachtree Street N.E.
Suite 1150
Atlanta, GA 30309
jtoney@kasowitz.com

**Andrea L. Evensen**
Brinks Hofer Gilson & Lione
NBC Tower-Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
aevensen@brinkshofer.com

**Darcy L. Jones**
Kasowitz Benson Torres
 & Friedman LLP
1360 Peachtree Street N.E.
Suite 1150
Atlanta, GA 30309
djones@kasowitz.com