# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 2011-CV-6892 |
|---|---|

UNITED PROMOTIONS, INC. and FERNANDO FIGUEREDO, Plaintiffs
vs.
LINDSAY CORP., ANDRES GACHARNA, and CATHERINE E. LINDSAY, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANDRES GACHARNA
CATHERINE E. LINDSAY

| NAME (Type or print) |
|---|
| Thomas Kanyock |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Thomas Kanyock |

| FIRM |
|---|
| Schwartz & Kanyock, LLC |

| STREET ADDRESS |
|---|
| 111 N. Canal St. Suite 394 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606-7203 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6211477 | (312) 441-1040 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |