# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United Promotions, Inc
                         Plaintiff,

v.                                    Case No.: 1:11–cv–06892
                                         Honorable Samuel Der–Yeghiayan

Lindsay Corp.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2011:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Respondents Catherine E Lindsay and Andres Gacharna's motion to dismiss [15] is entered and continued. Status hearing set for 12/07/11 at 9:00 a.m. to stand. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.