# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 2011-CV-6892
UNITED PROMOTIONS, INC. AND FERNANDO
FIGUEREDO, Petitioners
        v.
LINDSAY CORP, ANDRES GACHARNA, and CATHERINE
E. LINDSAY, Respondents.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
UNITED PROMOTIONS, INC. and FERNANDO FIGUEREDO

| | |
|---|---|
| NAME (Type or print) <br> Jon H. Beaupre | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jon H. Beaupre | |
| FIRM <br> Brinks Hofer Gilson & Lione | |
| STREET ADDRESS <br> NBC Tower, 36th Floor, 455 N. Cityfront Plaza Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL Bar No. 6298230 | TELEPHONE NUMBER <br> 312-245-5390 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |