**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED PROMOTIONS, INC. and FERNANDO FIGUEREDO, | ) ) ) ) | |
| Petitioners, | ) ) | C.A. No. 2011-CV-6892 |
| | ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge: Brown |
| LINDSAY CORP., ANDRES GACHARNA, and CATHERINE E. LINDSAY, | ) ) ) | |
| Respondents. | ) | |

**PETITIONERS' NOTICE OF MOTION**

Petitioners United Promotions, Inc. and Fernando Figueredo hereby provide notice to Respondents Lindsay Corp., Andrew Garcharna, and Catherine E. Lindsay that Petitioners' MOTION FOR ENTRY OF DEFAULT AND JUDGMENT AGAINST RESPONDENT LINDSAY CORP. (filed and served on Respondents on December 2, 2011 and assigned docket no. 022) shall be heard before Judge Der-Yeghiayan on Wednesday, December 7, 2011, 9:00 am at the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903.

Dated:   December 5, 2011                Respectfully submitted,

                                              /s/ Jon H. Beaupré
Timothy Q. Delaney (IL Bar No. 6198816)
Jon H. Beaupré (IL Bar No. 6298230)
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321.4200
Facsimile: (312) 321.4299
tdelaney@brinkshofer.com
jbeaupre@brinkshofer.com

Jeffrey J. Toney
Darcy L. Jones
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E. Suite 1150
Atlanta, Georgia 30309
Tel. (404) 260-6084
Fax (404) 393-9761
JToney@kasowitz.com
DJones@kasowitz.com

**Attorneys for Petitioners United Promotions, Inc. and Fernando Figueredo**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| UNITED PROMOTIONS, INC. and <br> FERNANDO FIGUEREDO, <br><br> Petitioners, <br><br> v. <br><br> LINDSAY CORP., ANDRES GACHARNA, <br> and CATHERINE E. LINDSAY, <br><br> Respondents. | C.A. No. 2011-CV-6892 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge: Brown |

**CERTIFICATE OF SERVICE**

I, <u>Jon H. Beaupré</u>, hereby certify that on December 5, 2011, I served the attached PETITIONERS' NOTICE OF MOTION and the corresponding MOTION FOR ENTRY OF DEFAULT AND JUDGMENT AGAINST RESPONDENT LINDSAY CORP. via personal process server upon:

Andrew R. Schwartz  
Thomas Kanyock  
SCHWARTZ & KANYOCK, LLC  
111 N. Canal Street, Ste. 394  
Chicago, Illinois 60606  
Tel. (312) 441-1040  
andy@schwartz-lawyer.com  
tjk@schwartz-lawyer.com  
***Attorneys for Andres Gacharna and
   Catherine E. Lindsay***

Lindsay Corp.  
310 South Michigan Avenue, #2013  
Chicago, IL 60604

Dated: December 5, 2011             __/s/ Jon H. Beaupré__  
                                                       Jon H. Beaupré