United Promotions, Inc
                    Plaintiff,

v.                                          Case No.: 1:11–cv–06892
                                              Honorable Samuel Der–Yeghiayan

Lindsay Corp.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2011:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 02/15/12 at 9:00 a.m. As stated on the record, Plaintiffs' motion for default judgment as to Respondent Lindsay Corp [22] is stricken without prejudice. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.