# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6892 | **DATE** | 2/22/2012 |
| **CASE TITLE** | United Promotions, Inc, et al. Vs. Lindsay Corp., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. As stated on the record, Petitioners' oral motion for entry of default judgment as to Respondents Andres Gacharna and Catherine E Lindsay is granted. Default judgment is hereby entered in favor of the Petitioners and against Respondents Andres Gacharna and Catherine E Lindsay in the total amount of $97,266.00, jointly and severally with each other and jointly and severally with Respondent Lindsay Corp. Civil case terminated.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|