# United States District Court
## Northern District of Illinois
### Eastern Division

United Promotions, et al.            **JUDGMENT IN A CIVIL CASE**

      v.                                       Case Number: 11 C 6892

Lindsay Corp, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Default judgment was entered in favor of the Petitioners and against Respondent Lindsay Corp on 02/15/12. It is further ordered that Petitioners' oral motion for entry of default judgment as to Respondents Andres Gacharna and Catherine E Lindsay is granted. Default judgment is hereby entered in favor of the Petitioners and against Respondents Andres Gacharna and Catherine E Lindsay in the total amount of $97,266.00, jointly and severally with each other and jointly and severally with Respondent Lindsay Corp.

Thomas G. Bruton, Clerk of Court

Date: 2/22/2012                                        Michael Wing
                                                      /s/ Michael A. Wing, Deputy Clerk