**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

United Promotions, Inc.
    **Judgment Creditor**

        v.        No. 11 C 6892

Lindsay Corp.
    **Judgment Debtor**


Bank of America
    **Citation Respondent**

**CERTIFICATE OF SERVICE**

    Kevin G. Schneider, an attorney, hereby certifies that, on Thursday, April 5, 2012, he caused a copy of the ***Citation to Discover Assets to a Third-Party*** and ***Citation Notice*** to be served on the following party via messenger:

Bank of America
Attn: Legal Department
135 S. LaSalle Street
Chicago, IL  60604

    He also certifies that, on April 9, 2012, he caused a copy of the ***Judgment***, ***Citation to Discover Assets to a Third-Party***, and ***Citation Notice*** to be served upon the judgment debtor via first class U.S. Mail at the following addresses:

Lindsay Corporation
c/o Andres Gacharna (solely in his capacity
as Registered Agent for Lindsay Corp.)
310 S. Michigan Ave., Unit #2013
Chicago, IL  60604

NRAI Services, Inc.
Registered Agent for Lindsay Corp.
515 E. Park Avenue
Tallahassee, FL  32301


Date:    April 9, 2012    /s/ Kevin G. Schneider
                                    Kevin G. Schneider (#6302942)
                                    NEAL, GERBER & EISENBERG LLP
                                    2 N. LaSalle Street, Suite 1700
                                    Chicago, IL  60602
                                    Tel: 312-269-800
                                    Fax: 312-980-0832