**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED PROMOTIONS, INC., <u>et al</u>.<br><br>    Petitioners/Judgment Creditors<br><br>              v.<br><br>LINDSAY CORP.,<br><br>    Respondent/Judgment Debtor | No. 11 C 6892<br><br>Judge Der-Yeghiayan |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

PLEASE TAKE NOTICE that on April 14, 2012 (the "Petition Date"), Lindsay Corp. (the "Debtor") filed a voluntary petition under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois. The Debtor's case is captioned as *In re Lindsay Corporation*, and is being administered as Case No. 12-15260.

PLEASE TAKE FURTHER NOTICE that, upon filing its chapter 11 petition, an automatic stay went into effect with respect to the Debtor pursuant to section 362 of the Bankruptcy Code. As a result, at this time, all entities are stayed and prohibited by federal statute from, *inter alia*: (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the Petition Date, or to recover a claim against the Debtor that arose before Petition Date; (2) the enforcement, against the Debtor or against property of the estate, of a judgment obtained before the Petition Date; (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control

NGEDOCS: 1895105.1

over property of the estate; (4) any act to create, perfect, or enforce any lien against property of the estate; (5) any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the Petition Date; (6) any act to collect, assess, or recover a claim against the Debtor that arose before the Petition Date; and (7) the setoff of any debt owing to the Debtor that arose before the Petition Date against any claim against the Debtor. *See* 11 U.S.C. § 362(a).

PLEASE TAKE FURTHER NOTICE that, in accordance with 11 U.S.C. § 362(a), undersigned counsel will not appear at the hearing that was previously set for April 26, 2012 concerning the return date for the Third-Party Citation to Discover Assets that was served on Bank of America.

Dated: April 18, 2012

**UNITED PROMOTIONS, INC. and**
**FERNANDO FIGUEREDO**

By: /s/ William Choslovsky
       One of its attorneys

William Choslovsky (ARDC #06224664)
Kevin G. Schneider (ARDC #06302942)
**Neal, Gerber & Eisenberg LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8000

NGEDOCS: 1895105.1

## CERTIFICATE OF SERVICE

William Choslovsky, an attorney, hereby certifies that on April 18, 2012, he caused a copy of the foregoing *Suggestion of Bankruptcy and Notice of Automatic Stay* to be filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Additionally, the parties listed below were served via first-class U.S. mail, postage prepaid:

**Bradley Foreman**
The Law Offices of
  Bradley H. Foreman, P.C.
120 South State Street, Suite 535
Chicago, IL 60603
*Counsel to the Debtor*

**David P. Leibowitz**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232
*Chapter 7 Trustee*

**Bank of America**
Attn: Legal Department
135 South LaSalle Street
Chicago, IL 60604
*Third-Party Citation Respondent*

/s/ William Choslovsky

NGEDOCS: 1895105.1